**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF NEW YORK**

---

MICHAEL E. MEGGISON

                Plaintiff,

    v.                                            No. 9:20-CV- 436 (GLS/CFH)

J. CHAPMAN, et al.,

                Defendants.

---

**APPEARANCES:**                          **OF COUNSEL:**

Michael E. Meggison
18-A-3454
Marcy Correctional Facility
P.O. Box 3600
Marcy, New York 13403
Plaintiff pro se

New York State Attorney General      LAUREN ROSE EVERSLEY, ESQ.
The Capitol
Albany, New York 12224
Attorneys for defendants

**CHRISTIAN F. HUMMEL**
**U.S. MAGISTRATE JUDGE**

                                      **ORDER**

      Plaintiff commenced an action in this Court on April 15, 2020. See Dkt. No. 1 ("Compl."). The undersigned disqualifies himself from this action due to a conflict of interest. Accordingly, this case must be assigned to a different Magistrate Judge. See 28 U.S.C. § 455 (a), (b).

      **WHEREFORE**, it is hereby

      **ORDERED**, that the undersigned disqualifies himself from assignment to this case in accordance with General Order 12(G)(8) and 28 U.S.C. § 455 (a), (b), and it is

further

**ORDERED**, that in accordance with General Order 12(G)(8), the Clerk of the Court shall reassign this case at random; and it is further

**ORDERED**, that the Clerk of the Court shall serve this Order on all parties to this action in accordance with Local Rules.

**IT IS SO ORDERED**.

Dated: July 10th , 2020
       Albany, New York

*Christian F. Hummel*
Christian F. Hummel
U.S. Magistrate Judge