**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF NEW YORK**
**MICHAEL E. MEGGISON,**

     **Plaintiff,**       **9:20-cv-436**
                  **(GLS/ML)**
  **v.**

**J. CHAMPLIN et al.,**

     **Defendants.**

| **APPEARANCES:** | **OF COUNSEL:** |
|---|---|

**FOR THE PLAINTIFF:**
MICHAEL E. MEGGISON
Pro Se
18-A-3454
Marcy Correctional Facility
P.O. Box 3600
Marcy, NY 13403

**FOR THE DEFENDANTS:**
HON. LETITIA JAMES       LAUREN ROSE EVERSLEY
New York State Attorney General   Assistant Attorney General
The Capitol
Albany, NY 12224

**Gary L. Sharpe**
**Senior District Judge**

## ORDER

  The above-captioned matter comes to this court following an Order and Report-Recommendation (R&R) by Magistrate Judge Miroslav Lovric duly filed February 9, 2021.  (Dkt. No. 31.)  Following fourteen days from the service thereof, the Clerk has sent the file, including any and all objections

filed by the parties herein.

No objections having been filed, and the court having reviewed the R&R for clear error, it is hereby

**ORDERED** that the Report-Recommendation (Dkt. No. 31) is **ADOPTED** in its entirety; and it is further

**ORDERED** that defendants' motion for summary judgment (Dkt. No. 18) is **GRANTED**; and it is further

**ORDERED** that plaintiff's complaint (Dkt. No. 1) is **DISMISSED**; and it is further

**ORDERED** that plaintiff's letter motion (Dkt. No. 30) is **DENIED**; and it is further

**ORDERED** that the Clerk is directed to close this case; and it is further

**ORDERED** that the Clerk provide a copy of this Order to the parties in accordance with the Local Rules of Practice.

**IT IS SO ORDERED.**

February 26, 2021
Albany, New York

*Gary L. Sharpe*
Gary L. Sharpe
U.S. District Judge